**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **TERRY STANCIL**<br><br>*Plaintiff,*<br><br>v.<br><br>**WOLVERINE JOINING TECHNOLOGIES LLC, a/k/a WJT, LLC, WOLVERINE JOINING TECHNOLOGIES INC., and KEVIN QUINN, Alias, Individually and in his capacity as Manager**<br><br>*Defendants.* | **C.A. NO.: 1:08-CV-00114-ML-DLM** |

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendants Wolverine Joining Technologies LLC, a/k/a WJT, LLC, Wolverine Joining Technologies Inc. and Kevin Quinn hereby move that Patricia E. Simon, Esq. be admitted *PRO HAC VICE* in the above case as counsel with local counsel identified below.

Patricia E. Simon, Esq. - *Pro Hac Vice* Applicant

I hereby certify that I have reviewed the Application for *Pro Hac Vice* Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/Joseph D. Whelan
Joseph D. Whelan, Esq. - Local Counsel

Joseph D. Whelan, Esq.
Print Name

Hinckley Allen & Snyder LLP
Firm and Business Address

50 Kennedy Plaza, Suite 1500

Providence, Rhode Island 02903-2319

RI Bar ID # 5694

Email: jwhelan@haslaw.com

Tel. # (401) 274-2000

Fax # (401) 277-9600

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

______________________________
District Judge

______________________________
Date