UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TERRY STANCIL | : | |
| | : | |
| v. | : | C.A. NO.: 08-114-ML |
| | : | |
| WOLVERINE JOINING TECHNOLOGIES LLC, a/k/a WJT, LLC WOLVERINE JOINING TECHNOLOGIES INC., and KEVIN QUINN, Alias, Individually and in his capacity as Manager | : | |

MOTION TO QUASH

Now come the Plaintiff in the above-captioned action, and respectfully requests this Honorable Court to Quash Subpoenas in regards to the above-captioned action served upon the keeper of records for: Roger Williams University; Ferland Corporation; Textron Corporation; YMCA of Pawtucket; and Swarovski North America Limited. The reason for said motion are contained in the accompyning memorandum.

TERRY STANCIL
By her Attorney

/s/ Bruce Gladstein Esq.__________
BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900

CERTIFICATION OF SERVICE

I herby certify that on this 26th day of June 2008, I mailed a true copy of the within, by regular mail, postage prepaid, to: Attorney Joseph D. Whelan, Attorney Meghan Siket Hinckley Allen &Snyder LLP, 50 Kennedy Plaza, Suite1500, Providence RI 02903-2319 and Attorney Suzanne E,. Deddish, Esq., Martenson. Hasbrouck & Simon, 3379 Peachtree Road, N.E., Suite 400 Atlanta Georgia, 30326.

/s/ Bruce Gladstein Esq._______