UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TERRY STANCIL | : | |
| | : | |
| v. | : | C.A. NO.: 08-114-ML |
| | : | |
| WOLVERINE JOINING TECHNOLOGIES LLC, a/k/a WJT, LLC WOLVERINE JOINING TECHNOLOGIES INC., and KEVIN QUINN, Alias, Individually and in his capacity as Manager | : | |

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH SUBPOENAS

Now come the Plaintiff in the above-captioned action, and respectfully requests this Honorable Court to Quash Subpoenas in regards to the above-captioned action served upon the keeper of records for: Roger Williams University; Ferland Corporation; Textron Corporation; YMCA of Pawtucket; and Swarovski North America Limited. The reason for said motion is as follows.

This matter is based on sexual harassmsnet and sexual discriminaiton. There are five (5) counts, including: FEPA, RICRA, negligence, respondet superior, and infliction of emotional stress. Defendants are attempting to subpoena records from all of Plaitniff's prior employment for the past 20 years before she worked for Defendant corporation. From these companies, as listed above, Defendnats are attempting to obtain all records in said companies possession (see exhibit A).. These records include medical records, disciplinary and/or counseling files, and grievances filed by and against Plaintiff.

Defendnats have no basis for obtaining these records. This is purely a fishing expedition hoping to discover some tidbit of information that may help their case. Defendants have also subpoened records from employers that Plaintiff applied for a position. These records are not being contested in that it may be relevant and material to this case as to what steps Plaintiff took

to obtain employment after termination from Defendant corportation. Under the Federal Rules, a party is entitled to records that are relevant, material, not overly broad, not unduly burdensome, and are reasonably calculated to lead to the discovery of admissible evidence. These subpoenas fail to satisfy each of these elements.

First, is the time frame. Defendants are seeking records from Ferland Corporation which are 15-20 years old, records from Textron Corporation which are 11-13 years old, records from Roger Williams University which are 9-11 years old, records from YMCA of Pawtucket which are 7-9 years old, and records from Sworovski North America Limited which are 7 years old. These records are too old to be of any value.

Second, is the items being requested by Defendants. Defendants are requesting medical records and workers compensation records, however, there is no contention that Plaintiff suffered from any disability or prior medical condition. Defendants would be entitled to medical records of Plaintiff obtained from physician or mental health records if those records are necessary for damages. To seek these type of records through an employer would be prejudicial and overly broad to defend a sexual harassment/discrimination lawsuit.

Last, and most importantly, to obtain records from past employers that would have no bearing on prosecuting or defending the case should not be allowed. How Plaintiff performed her job or manner in which she left her position from an employer 7-20 years ago would have no bearing on whether she was or was not discriminated against and/or harassed by Defedndants. This would be similar to requesting records from Defendant corporation as to its history with labor issues when the issue is discrimination.

WHEREFORE, Plaintiff respestfully requests that this Honorable Court quash all subpoenas

issues to Roger Williams University; Ferland Corporation; Textron Corporation; YMCA of Pawtucket; and Swarovski North America Limited.

TERRY STANCIL
By her Attorney

/s/ Bruce Gladstein Esq.____________

BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401) 722-9900

CERTIFICATION OF SERVICE

I herby certify that on this 26th day of June 2008, I mailed a true copy of the within, by regular mail, postage prepaid, to: Attorney Joseph D. Whelan, Attorney Meghan Siket Hinckley Allen &Snyder LLP, 50 Kennedy Plaza, Suite1500, Providence RI 02903-2319 and Attorney Suzanne E,. Deddish, Esq., Martenson. Hasbrouck & Simon, 3379 Peachtree Road, N.E., Suite 400 Atlanta Georgia, 30326.

/s/ Bruce Gladstein Esq._______