EXHIBIT A

Any and all documents related to the employment or former employment of Terry Stancil (Social Security Number: 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; Date of Birth: 02/17/70) including, but not limited to, the entire contents of her personnel file, disciplinary file, medical file and/or workers' compensation file, any resumes, application forms, reference forms, background forms, correspondence, any documents relating to discipline and/or counseling, any documents relating to any claims and/or grievances filed by or against Ms. Stancil, and any documents relating to the termination of Ms. Stancil's employment, if applicable.