UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TERRY STANCIL,<br>Plaintiff,<br><br>v.<br><br>WOLVERINE JOINING TECHNOLOGIES, LLC, a/k/a WJT, LLC, WOLVERINE TECHNOLOGIES INC., and KEVIN QUINN, Alias, Individually and in his capacity as Manager,<br>Defendants. | : | CA 08-114 ML |

**NOTICE**
**OF PARTIAL COMPLETION**
**OF *IN CAMERA* REVIEW**

In accordance with the procedure described in the Order Denying Motion to Quash Subpoenas (Doc. #9), the Court has completed its *in camera* review of the records subpoenaed from Roger Williams University. The Court has determined that no documents produced by this entity should be withheld.[1]

Accordingly, the Clerk is instructed to release these records to Defendants' counsel on or after Friday, August 1, 2008. Counsel for Plaintiff may review the documents prior to that date for the purpose of informing himself as to the documents being released to Defendants.

[1] While many (if not all) of the documents appear to have little or no relevancy to the instant action, the Court will allow Defendants to see them. In taking this action, the Court has only determined that Plaintiff's privacy interest in the documents is not so great that Defendants may not even be allowed access to them. If Defendants wish to utilize any of the documents in the trial of this action, Plaintiff remains free to object.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
July 28, 2008