UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TERRY STANCIL,
Plaintiff,

v. CA 08-114 ML

WOLVERINE JOINING TECHNOLOGIES, LLC, a/k/a WJT, LLC, WOLVERINE TECHNOLOGIES INC., and KEVIN QUINN, Alias, Individually and in his capacity as Manager,
Defendants.

**NOTICE**
**RE YMCA RECORDS**

On July 24, 2008, after completing its *in camera* review of the records subpoenaed from two of Plaintiff's former employers, the YMCA of Pawtucket and Textron Corporation, the Court issued a Notice of Partial Completion of *in Camera* Review (Doc. #10) ("Notice"). The copies of the records which the Court utilized for its *in camera* review had been provided by Defendants' counsel. See Order Denying Motion to Quash Subpoenas (Doc. #9) at 3 n.1. The Court did so because it wished to conduct the *in camera* review while the July 22, 2008, hearing was still fresh in its mind (as opposed to waiting until the records were produced directly by the YMCA and Textron Corporation).

The Court has now received from the YMCA of Pawtucket what appear to be the same records which were previously provided to the Court by Defendants' counsel. Accordingly, the Court makes the same determination relative to these records as it did

relative to the copies of those records provided by Defendants' counsel and which were addressed by the Notice of Partial Completion of *in Camera* Review (Doc. #10). Accordingly, the Clerk is instructed to release these records to Defendants' counsel on or after Friday, August 15, 2008. Counsel for Plaintiff may review the documents prior to that date for the purpose of informing himself as to the documents being released to Defendants.[1]

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 12, 2008

[1] The Court deems it desirable to continue to adhere to this procedure even though the records appear to be the same as those previously reviewed by the Court and released to Defendants pursuant to the Notice of Partial Completion of *in Camera* Review (Doc. #10).